Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–15081–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Garcia
   2150 S. Brighton Ave
   Clementon, NJ 08021

Social Security No.:
   xxx–xx–1122

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on May 22, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 30 – 28
Order Granting Notice of Request for Loss Mitigation(Related Doc # 28). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/22/2019. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 22, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15081-ABA
Jose A Garcia                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1            Date Rcvd: May 22, 2019
                              Form ID: orderntc          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
lm              +Cenlar FSB,    7 Graphics Drive,    Ewing, NJ 08628-1547
lm              +Cenlar FSB,    P.O. Box 77408,    Ewing, NJ 08628-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Loss Mitigation    Cenlar FSB kmcdonald@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Seymour    Wasserstrum    on behalf of Debtor Jose A Garcia mylawyer7@aol.com, ecf@seymourlaw.net
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 6