Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

              Case No.: 19−15081−ABA
              Chapter: 13
              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Garcia
   2150 S. Brighton Ave
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: May 27, 2019
JAN: admi

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jose A Garcia  
    Debtor

Case No. 19-15081-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 28, 2019  
                   Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.  
db            +Jose A Garcia,    2150 S. Brighton Ave,    Clementon, NJ 08021-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 29 2019 00:31:44     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2019 00:31:41     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235

                                                                                                                TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2019 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
           Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency     kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Loss Mitigation    Cenlar FSB kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Seymour Wasserstrum    on behalf of Debtor Jose A Garcia mylawyer7@aol.com,    ecf@seymourlaw.net  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 6