# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr., Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Lu'Shell K. Alexander\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

February 10, 2020

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

      **RE:** **Chapter 13 Bankruptcy**  
            **Case No. Jose A. Garcia**  
            **Debtor(s) Name:  19-15081 (ABA)**

Dear Judge Altenburg:

    Please accept this letter in lieu of a more formal response to the Motion for Authorization to Enter Into Final Loan Modification Agreement.

    Debtor comes before the Court eleven (11) months after the filing of the Chapter 13 Bankruptcy Petition, on a Motion for Authorization to Enter Into Final Loan Modification Agreement with Cenlar, FSB.  While the Trustee does not oppose the motion, the Trustee objects to the proposed form of Order.

    The Trustee respectfully requests the Debtor be required to submit an amended proposed Order to the Judge's chambers in accordance with the Local Mandatory Forms effective December 17, 2019.  Debtor may obtain the correct form of order from the Clerk's office or on the Court's website: www.njb.uscourts.gov/forms.

    As always, the Court is welcome to contact the Trustee with any concerns.

                              Respectfully submitted,

                              */s/ Isabel C. Balboa*  
                              Isabel C. Balboa  
                              Chapter 13 Standing Trustee

ICB/jpa  
cc:    Seymour Wasserstrum, Esquire (via CM/ECF)  
        Jose A. Garcia (via Regular Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978